UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON DARNELL LOTTS,

    Petitioner,                                                 Case No. 1:08-cv-908

v                                                             HON. JANET T. NEFF

CAROL HOWES,

    Respondent.
_____/

**FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkts 36, 40) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 35) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Evidentiary Hearing (Dkt 38), and the Motion for Stay and to Hold Proceedings in Abeyance to Allow Petitioner to File 6.500 Motion in State Court (Dkt 41) are DENIED.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.

Date: September 16, 2011  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge